**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DUANE SPANN, JR., <br><br> Plaintiff, <br><br> v. <br><br> C.R. ENGLAND, INC.; COMPREHENSIVE FAMILY CLINIC, INC. d/b/a LAKESIDE MEDICAL; ROCKY MOUNTAIN CARE CLINIC, <br><br> Defendants. | Case No. EDCV 18-1425 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: October 24, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge